**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**ANDREW PAUL LEONARD**
              Plaintiff(s)

       V.                                CIVIL ACTION NO. 10-11188-PBS

**NEW ENGLAND CORD BLOOK BANK, INC.**
              Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  SARIS

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On  January 3, 2011   I held the following ADR proceeding:

      _____    SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
      \_\_X\_\_    MEDIATION                           _____ SUMMARY BENCH / JURY TRIAL
      _____    MINI-TRIAL                        _____ SETTLEMENT CONFERENCE

All parties were represented by counsel  [except _____]

The parties  were / were not  present in person or by authorized corporate officer [except _____].

The case was:

[ X ]    Settled.  Your clerk should enter a  60  day order of dismissal.

[ ]    There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

 1/4/11                                                           Marianne B. Bowler, USMJ
DATE                                                           ADR Provider